### 43627. RODRIGUEZ v. THE STATE.
(348 SE2d 656)

BELL, Justice.

The superior court judge did not err in denying appellant Joseph R. Rodriguez's pro se motion for production of a copy of the transcript of his guilty plea and related documents to assist him in preparing a pro se petition for habeas corpus. *Orr v. Couch,* 244 Ga. 374 (260 SE2d 82) (1979); *Huddleston v. Clerk of Superior Court, Carroll County,* 240 Ga. 52 (239 SE2d 376) (1977).

*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 3, 1986.

*Joseph R. Rodriguez, pro se.*
*Robert E. Wilson, District Attorney, R. Stephen Roberts, Barbara Conroy, Assistant District Attorneys,* for appellee.